# UNITED STATES DISTRICT COURT
## District of Minnesota

Denis Rodolfo Cazun Gameros

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01202-MJD-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court GRANTS Petitioner's Amended Petition for Writ of Habeas Corpus [Doc. 3] as follows:

a. Respondents must immediately release Petitioner from detention into Minnesota;

b. Respondents are ordered to return to Petitioner at the time he is released, any of Petitioner's documents, property, or effects seized during his arrest; and

c. Petitioner shall be released on his own recognizance without any conditions upon his release; and

2. Respondents are ordered to confirm Petitioner's release from custody and Respondents' compliance with the rest of this Order within forty-eight (48) hours from the date of this Order.

Date: 2/13/2026

KATE M. FOGARTY, CLERK