UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Denis C.G.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-01202 (MJD/LIB)

Brock J. Specht, Rebekah L. Bailey, Nichols Kaster PLLP, Counsel for Petitioner.

David W. Fuller, David R. Hackworthy, Assistant United States Attorneys, Counsel for Respondents.

On February 13, 2026, the Court granted Petitioner Denis C.G.'s Amended Petition for Writ of Habeas Corpus. **[Doc. 7.]** As part of that Order, the parties were required to immediately release Petitioner Denis C.G. with all his personal effects seized during his arrest and notify the Court within 48 hours to confirm that the release occurred.

On February 15, 2026, the Respondents provided a status update informing the Court that Petitioner Denis C.G. was released. **[Doc. 9.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Denis C.G's Amended Petition for Writ of Habeas Corpus **[Doc. 3]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 18, 2026            s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court